COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

Cause number:  01-15-01099-CV

Style:  Le Norman Operating LLC v. Chalker Energy Partners III, LLC, et al.

Date motion filed[*]:  July 7, 2016

Type of motion:  Appellant's Unopposed Motion for Leave to File Amended

Appellant's Brief to Correct Citations

Party filing motion:  Appellant Le Norman Operating LLC

Document to be filed:  Amended Brief of Appellant

Is appeal accelerated?  No.

Ordered that motion is:
  ☑ Granted
  ☐ Denied
  ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
  ☑ Other: _____
  The Clerk of this Court is directed to file Appellant's Amended Brief on July 7, 2016.

Judge's signature: /s/ Evelyn Keyes
  X Acting individually                    ☐ Acting for the Court

Date:  July 14, 2016